In the Matter of the Accounting of Teresa M. Caidin, as Committee of Reuben Caidin, an Incompetent. James A. Kemper, as Committee of the Estate of Reuben Caidin, an Incompetent, et al., Appellants; Parker & Duryee et al., Respondents.

Submitted July 2, 1947; decided July 2, 1947.

*Reuben Caidin,* in person, for motion.
*Vincent J. Malone* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.